UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) | 2:11-CV-00977-PMP-CWH |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| DON JUAN W. FUTRELL, | ) | |
| Defendant. | ) | |
| DON JUAN W. FUTRELL, | ) | |
| Counter-Claimant, | ) | |
| vs. | ) | |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, *et al.,* | ) | |
| Counter-Defendants | ) | |

Having conducted a *de novo* review of the Report and Recommendation (Doc. #54) of the Honorable Carl W. Hoffman, United States Magistrate Judge, and there being no timely Objection thereto,

/ / /

/ / /

/ / /

/ / /


**IT IS ORDERED** that the Report and Recommendation (Doc. #54) is hereby **AFFIRMED**, and that Counter-Defendant AAA Life Insurance Company's Motion for Leave to Amend its Answer to Assert Additional Affirmative Defenses to Don Juan W. Futrell's Third-Party Complaint (Doc. #40) is **GRANTED**, and Counter-Claimant Futrell's Request for Rule 11 Sanctions is **DENIED.**

DATED: May 29, 2012.

_____
PHILIP M. PRO
United States District Judge