```
 1  DENNIS M. PRINCE
    Nevada Bar No. 5092
 2  RICHARD A. ENGLEMANN
    Nevada Bar No. 6965
 3  PRINCE & KEATING
 4  3230 South Buffalo Drive
    Suite 108
 5  Las Vegas, Nevada  89117
    Phone:  (702) 228-6800
 6  Facsimile:  (702) 228-0443
 7  Email: dprince@princekeating.com
    Email: renglemann@princekeating.com
 8  Attorneys for Third-Party Defendant
    AAA Life Insurance Company
 9
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>vs.<br><br>DON JUAN W. FUTRELL,<br><br>            Defendant.<br>_____<br>DON JUAN W. FUTRELL,<br><br>            Counterclaimant,<br><br>vs.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY, a foreign corporation; DOES I - V and ROE ENTITIES I – V, inclusive,<br><br>            Counterdefendants.<br>_____<br>DON JUAN W. FUTRELL,<br><br>            Third-Party Plaintiff,<br><br>vs. | CASE NO.: 2:11-cv-00977-PMP-RJJ<br><br><br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE, OF THIRD-PARTY PLAINTIFF DON JUAN W. FUTRELL'S THIRD-PARTY COMPLAINT AGAINST THIRD-PARTY DEFENDANT AAA LIFE INSURANCE COMPANY** |

1

| | |
|---|---|
| AAA LIFE INSURANCE COMPANY, a foreign Corporation; DOES VI – X and ROE ENTITIES VI – X, inclusive<br><br>　　　　　Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS HEREBY STIPULATED by and between Third-Party Plaintiff Don Juan W. Futrell and Third-Party Defendant AAA Life Insurance Company, by and through their undersigned counsel of record, that Third-Party Plaintiff Don Juan W. Futrell's Third-Party Complaint against AAA Life Insurance Company, only, with the following claims for relief: 1) Declaratory Relief; 2) Breach of Contract; 3) Contractual Breach of Covenant of Good Faith and Fair Dealing; 4) Tortious Breach of Covenant of Good Faith and Fair Dealing; 5) Negligent Misrepresentation; 6) Intentional Misrepresentation; and 7) Civil Conspiracy, shall be dismissed, with prejudice, each party to bear their own costs and attorney's fees;

IT IS FURTHER STIPULATED that Third-Party Defendant AAA Life Insurance Company waives its attorney's fees and costs the court awarded (Dkt. #97) in the amount of $2,745.00; and

///

///

IT IS FURTHER STIPULATED that pursuant to Nev. Rev. Stat. § 687B.110 (1971) and AAA Life Insurance Company's Policy, AAA Life Insurance Company's Policy Number # 4013797214 issued to and in the name of Joshua Dufort is void from the inception and rescinded.

DATED this 14 day of December, 2012.

| PRINCE & KEATING | THE LAW OFFICE OF DAN M. WINDER, P.C. |
|---|---|
| /s/ Richard A. Englemann | /s/ Judy C. Cox |
| RICHARD A. ENGLEMANN | JUDY C. COX |
| Nevada Bar No. 6965 | Nevada Bar No. 11093 |
| 3230 So. Buffalo Drive, Suite 108 | 3507 W. Charleston Blvd. |
| Las Vegas, Nevada 89117 | Las Vegas, Nevada 89102 |
| Attorney for Third-Party Defendant | Attorney for Third-Party Plaintiff |
| *AAA Life Insurance Company* | *Don Juan W. Futrell* |

## ORDER

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that Third-Party Plaintiff Don Juan W. Futrell's Third-Party Complaint against AAA Life Insurance Company, only, with the following claims for relief: 1) Declaratory Relief; 2) Breach of Contract; 3) Contractual Breach of Covenant of Good Faith and Fair Dealing; 4) Tortious Breach of Covenant of Good Faith and Fair Dealing; 5) Negligent Misrepresentation; 6) Intentional Misrepresentation; and 7) Civil Conspiracy, is hereby dismissed, with prejudice, each party to bear their own costs and attorney's fees; and

///

///

IT IS FURTHER ORDERED that pursuant to Nev. Rev. Stat. § 687B.110 (1971) and AAA Life Insurance Company's Policy, AAA Life Insurance Company's Policy Number # 4013797214 issued to and in the name of Joshua Dufort is void from the inception and rescinded.

**IT IS SO ORDERED**

DATED this 19th day of December, 2012.

_____
DISTRICT COURT JUDGE

Submitted by:

**Prince & Keating**

_____
RICHARD A. ENGLEMANN
Nevada Bar No. 6965
3230 So. Buffalo Drive, Suite 108
Las Vegas, Nevada 89117
Attorney for Third-Party Defendant
*AAA Life Insurance Company*

Approved as to form and content

**The Law Office of Dan M. Winder, P.C.**

_____
JUDY C. COX
Nevada Bar No. 11093
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
Attorney for Third-Party Plaintiff
*Don Juan W. Futrell*